UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER GRAHAM, and ELLEN RUSSO, on Behalf of Themselves and All Others Similarly Situated, : : : : Plaintiffs, : : v. : : BMO HARRIS BANK, N.A., NATIONAL : BANK OF CALIFORNIA, N.A., FIRST : INTERNATIONAL BANK & TRUST, a North : Dakota State-Chartered Bank, FIRST PREMIER : BANK, a South Dakota State-Chartered Bank, : MISSOURI BANK AND TRUST, a Missouri : State-Chartered Bank, and NORTH AMERICAN : BANKING COMPANY, a Minnesota : State-Chartered Bank, : : Defendants. : | CASE NO. 3:13-cv-1460 (WWE)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>NOVEMBER 27, 2013 |

**DEFENDANT FIRST PREMIER BANK'S MOTION TO MODIFY THE OCTOBER 4, 2013 ORDER ON PRETRIAL DEADLINES**

Pursuant to Rules 16(b) and 26(c) of the Federal Rules of Civil Procedure, Rules 16(b) and 26(f) of the Local Civil Rules of the United States District Court for the District of Connecticut, and paragraph 2 of the District of Connecticut Standing Order on Scheduling in Civil Cases, Defendant First PREMIER Bank ("First PREMIER") hereby joins the Motion of Defendant First International Bank & Trust ("First International") to Modify the October 4, 2013 Order on Pretrial Deadlines (Dkt. 2), which was filed today. (Dkt. 71.)

**ORAL ARGUMENT NOT REQUESTED**

First PREMIER's date to respond to the Complaint of Plaintiff Ellen Russo is December 16, 2013. First PREMIER will soon file a motion to compel arbitration of Plaintiff's claims pursuant to the Federal Arbitration Act.[1] As with First International, Plaintiff entered into a broad agreement to arbitrate her claims arising out of her short-term loan, including her claims against First PREMIER.

First PREMIER, together with the other defendants, requested that Plaintiff agree to suspension of the deadlines in the Court's October 4 Order on Pretrial Deadlines pending the resolution of the Defendants' motions to compel arbitration. Plaintiff's counsel has not agreed to that proposal, though Plaintiff has requested modification of the deadline to move for class certification.

First International's Motion thoroughly sets forth legal authority demonstrating that discovery on the merits is not permitted while a motion to compel arbitration is pending, and that district courts consistently stay pretrial scheduling orders and discovery in order to first resolve a motion to compel arbitration. Those arguments and authorities are not repeated here for reasons of efficiency, but are incorporated herein.

Based on First PREMIER's forthcoming motion to compel arbitration, and based on the arguments and authorities set forth in First International's Motion, First PREMIER

---

[1] First PREMIER is also evaluating whether to move in the alternative to dismiss Plaintiff's claims if those claims are not sent to arbitration.

respectfully requests that the Court suspend all deadlines in the October 4 Order on Pretrial Deadlines.

**DEFENDANT,
FIRST PREMIER BANK**

By: /s/ Andrew M. Zeitlin
    Andrew M. Zeitlin (ct21386)
    Shipman & Goodwin LLP
    300 Atlantic Street, Third Floor
    Stamford, CT 06901-3522
    Tel. (203) 324-8100
    Fax (203) 324-8199
    E-mail: azeitlin@goodwin.com
    Its Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Andrew M. Zeitlin
Andrew M. Zeitlin (ct21386)