UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER GRAHAM, and ELLEN RUSSO, on Behalf of Themselves and All Others Similarly Situated, : : : : | |
| Plaintiffs, : : | CASE NO.  3:13-cv-01460 (WWE) |
| v. : : | |
| BMO HARRIS BANK, N.A., NATIONAL BANK OF CALIFORNIA, N.A., FIRST INTERNATIONAL BANK & TRUST, a North Dakota State-Chartered Bank, FIRST PREMIER BANK, a South Dakota State-Chartered Bank, MISSOURI BANK AND TRUST, a Missouri-Chartered Bank, and NORTH AMERICAN BANKING COMPANY, a Minnesota State-Chartered Bank, : : : : : : : : : : | |
| Defendants. : | NOVEMBER 27, 2012 |

**DEFENDANT NORTH AMERICAN BANKING COMPANY'S MOTION TO MODIFY THE OCTOBER 4, 2013 ORDER ON PRETRIAL DEADLINES**

Pursuant to Rule 16(b) and 26(c) of the Federal Rules of Civil Procedure, Rules 16(b) and 26(f) of the Local Civil Rules of the United States District Court for the District of Connecticut, and paragraph 2 of the District of Connecticut Standing Order on Scheduling in Civil Cases, Defendant North American Banking Company ("NABC") hereby joins the Motions of Defendant First International Bank & Trust ("First International") and Defendant First Premier Bank ("First Premier") to Modify the October 4, 2013 Order on Pretrial Deadlines (Doc. 2), which were filed today (Docs. 71, 73).

NABC's date to respond to the Complaint of Plaintiff Christopher Graham is December 18, 2013.  Because Plaintiff entered into a broad agreement to arbitrate the claims

arising out of his short-term loan, including his claims against NABC, NABC will soon file a motion to compel arbitration of Plaintiff's claims pursuant to the Federal Arbitration Act.[1]

NABC, together with the other defendants, requested that Plaintiff agree to suspension of the deadlines in the Court's October 4 Order on Pretrial Deadlines pending the resolution of the defendants' motions to compel arbitration.  Plaintiff's counsel has not agreed to that proposal, though Plaintiff has requested modification of the deadline to move for class certification.

First International's Motion thoroughly sets forth legal authority demonstrating that discovery on the merits is not permitted while a motion to compel arbitration is pending, and that district courts consistently stay pretrial scheduling orders and discovery in order to first resolve a motion to compel arbitration.  Those arguments and authorities are not repeated here for reasons of efficiency, but are incorporated herein.

Based on NABC's forthcoming motion to compel arbitration, and based on the arguments and authorities set forth in First International's Motion, NABC respectfully requests that the Court suspend all deadlines in the October 4 Order on Pretrial Deadlines.

---

[1] NABC is also evaluating whether to move in the alternative to dismiss Plaintiff's claims if those claims are not sent to arbitration.

Dated:  November 27, 2013 		NORTH AMERICAN BANKING COMPANY
					By Its Attorneys,


					 s/ Peter J. Schwingler
					Todd A. Noteboom (MN #240047)
					*(Admitted Pro Hac Vice)*
					Peter J. Schwingler (PHV #06395)
					LEONARD, STREET AND DEINARD
					  Professional Association
					150 South Fifth Street, Suite 2300
					Minneapolis, MN  55402
					(612) 335-1500(612) 335-1657 fax
					todd.noteboom@leonard.com
					peter.schwingler@leonard.com

					and

					Kim Rinehart (ct24427)
					John M. Doroghazi (ct28033)
					*Wiggin and Dana LLP*
					One Century Tower
					P.O. Box 1832
					New Haven, CT 06508-1832
					(203) 498-4400
					(203) 782-2889 fax
					krinehart@wiggin.com
					jdoroghazi@wiggin.com

10315805v1

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

        s/ Peter J. Schwingler
        Peter J. Schwingler (PHV #06395)

10315805v1