**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CHRISTOPHER GRAHAM, and ELLEN RUSSO, on Behalf of Themselves and All Others Similarly Situated, | ) ) ) | |
| | ) | Case No. 13-CV-01460 |
| Plaintiffs, | ) ) | |
| | ) | Judge Warren W. Eginton |
| v. | ) ) | |
| BMO HARRIS BANK, N.A., NATIONAL BANK OF CALIFORNIA, N.A., FIRST INTERNATIONAL BANK & TRUST, a North Dakota State-Chartered Bank, MISSOURI BANK AND TRUST, a Missouri State-Chartered Bank, and NORTH AMERICAN BANKING COMPANY, a Minnesota State-Chartered Bank, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## BMO HARRIS BANK, N.A.'S MOTION TO TRANSFER PURSUANT TO 28 U.S.C. § 1404(a)

Defendant BMO Harris Bank, N.A. ("BMO Harris"), by and through its counsel of record, hereby moves to transfer plaintiff Christopher Graham's case against BMO Harris to the Northern District of New York, where a closely related action against BMO Harris is already pending, "in the interest of justice" and "[f]or the convenience of parties and witnesses." 28 U.S.C. § 1404(a). This motion is supported by BMO Harris's Memorandum of Law in Support of its Motion to Transfer and any reply memorandum that BMO Harris may file.

BMO Harris has separately moved to (1) dismiss or sever the claims of plaintiff Ellen Russo and the claims against other defendants; (2) compel arbitration; and (3) dismiss this case under Federal Rules of Civil Procedure 12(b)(6)-(7) and 19. BMO Harris respectfully requests that the Court first resolve the threshold questions raised by this motion and its motion to dismiss

ORAL ARGUMENT REQUESTED          1

or sever, which will determine whether this Court retains this case. If the Court denies those motions and retains the case, BMO Harris then would respectfully request that the Court address its motion to compel arbitration before considering its Rule 12(b)(6)-(7) and 19 motion, which is submitted in the alternative.

Dated: December 13, 2013

By:  _/s/ A. John P. Mancini_

A. John P. Mancini (No. ct04975)
MAYER BROWN LLP
1675 Broadway
New York, New York 10019-5820
Telephone:  (212) 506-2295
Facsimile:   (212) 262-1910
jmancini@mayerbrown.com

Lucia Nale
Debra Bogo-Ernst
*Pro hac vice admission pending*
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL 60606
Telephone:  (312) 782-0600
Facsimile:   (312) 701-7711
lnale@mayerbrown.com
dernst@mayerbrown.com

Attorneys for Defendant BMO Harris Bank, N.A.

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2013, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: _/s/ A. John P. Mancini_____

A. John P. Mancini