UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER GRAHAM, and ELLEN RUSSO, on Behalf of Themselves and All Others Similarly Situated, | : : : : | |
| Plaintiffs, | : : | CASE NO. 3:13-cv-01460 (WWE) |
| v. | : : : | |
| BMO HARRIS BANK, N.A., NATIONAL BANK OF CALIFORNIA, N.A., FIRST INTERNATIONAL BANK & TRUST, a North Dakota State-Chartered Bank, FIRST PREMIER BANK, a South Dakota State-Chartered Bank, MISSOURI BANK AND TRUST, a Missouri-Chartered Bank, and NORTH AMERICAN BANKING COMPANY, a Minnesota State-Chartered Bank, | : : : : : : : : : | |
| Defendants. | : | |

**DEFENDANT MISSOURI BANK AND TRUST'S
CONSENTED-TO MOTION FOR EXTENSION OF TIME**

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7(b), Defendant North American Banking Company ("Defendant") respectfully moves for an extension of time, up to and including January 13, 2013, within which to answer or otherwise respond to Plaintiffs' Complaint. In support of this motion. Defendant state:

      1.      On October 4, 2013, Plaintiffs filed the above captioned lawsuit. See Doc. No. 1.

      2.      On November 14, 2013, Defendant executed a Waiver of the Service of Summons, which was filed on November 15, 2013.  See. Doc. No. 47.

      3.      The docket entry calculated the due date from the date that the waiver was filed and not the date it was served, which would have resulted in a December 23, 2013 filing.

4.	Defendant requires additional time to investigate Plaintiffs' allegations and prepare an appropriate responsive pleading and seeks confirmation that the docketed date of January 13, 2014 is an acceptable response date..

5.	This is Defendant's first extension of time, and it will not prejudice Plaintiffs.

6.	Plaintiffs have consented to this extension of time.

WHEREFORE, Defendant respectfully requests that the Court grant this motion

Dated: December 20, 2013
New York, New York

Respectfully submitted by,

BRYAN CAVE LLP,

//s// Robert M. Thompson

Robert M. Thompson, *pro hac vice*
Ashley N. Gillard, *pro hac vice*
BRYAN CAVE LLP
One Kansas City Place
1200 Main St.
Kansas City, MO 64105
rmthompson@bryancave.com
ashley.gillard@bryancave.com
(816) 374-3200
(816) 374-3300 (fax)

Christine B. Cesare, Ct Bar No. 412295
1290 Avenue of The Americas
New York, NY   10104-3300
(212) 541-1228
(212) 904-0506 (fax)
cbcesare@bryancave.com

Michael P. Carey
BRYAN CAVE LLP
One Atlantic Center, Fourteenth Floor
1021 W. Peachtree St., N.W.
Atlanta, GA 30309
404 572 6600
404 572 6999 (fax)
michael.carey@bryancave.com

ATTORNEYS FOR DEFENDANT
MISSOURI BANK AND TRUST

2

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2013, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

//s//Robert M. Thompson
Robert M. Thompson *pro hac vice*
rmthompson@bryancave.com