UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER GRAHAM and ELLEN RUSSO, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BMO HARRIS BANK, N.A., FIRST INTERNATIONAL BANK & TRUST, FIRST PREMIER BANK, NATIONAL BANK OF CALIFORNIA, N.A., MISSOURI BANK AND TRUST, a Missouri State-Chartered Bank, and NORTH AMERICAN BANKING COMPANY, a Minnesota State-Chartered Bank,<br><br>Defendants. | **CIVIL ACTION NO. 3:13-CV-01460-WWE**<br><br><br><br>DATED: December 26, 2013 |

**CONSENT MOTION FOR EXTENSION OF TIME**

WHEREAS, Defendant First Premier filed its Motion to Compel Arbitration and Stay or Dismiss Proceedings [ECF 121] on December 16, 2013, and pursuant to D. Conn. L.R. 7, the parties hereby move for an extension of time to brief Defendant's motion;

WHEREAS, the time for Plaintiffs Christopher Graham and Ellen Russo ("Plaintiffs") to respond to Defendant First Premier's Motion to Compel Arbitration and

Stay or Dismiss Proceedings, which opposition is currently due January 6, 2013, has not yet passed;

WHEREAS, Counsel for Plaintiffs have not previously requested an extension of the deadline to file their opposition to First Premier's Motion to Compel Arbitration and Stay or Dismiss Proceedings;

WHEREAS, the parties have conferred and consented to the following adjustments of the briefing schedule for First Premier's Motion to Compel Arbitration and Stay or Dismiss Proceedings;

WHEREAS, no party will be prejudiced by the requested extension, and this motion is not being interposed for the purposes of delay.

THE PARTIES HEREBY REQUEST AS FOLLOWS:

1. Plaintiffs' opposition to First Premier's Motion to Compel Arbitration and Stay or Dismiss Proceedings shall be filed on or before January 27, 2014; and

2. First Premier's reply in further support of its Motion to Compel Arbitration and Stay or Dismiss Proceedings shall be filed on or before February 17, 2014.

Respectfully submitted this 26th day of December, 2013.

Motion consented to by the following counsel:

                              **CHITWOOD HARLEY HARNES LLP**
Darren T. Kaplan, admitted *pro hac vice*
Chitwood Harley Harnes LLP
1350 Broadway, Suite 908
New York, NY 10018
Telephone: (917) 595-3600
Facsimile: (404) 876-4476
dkaplan@chitwoodlaw.com

**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**

By: */s/ Karen M. Leser-Grenon*
James E. Miller (ct21560)
Karen M. Leser-Grenon (ct23587)
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
jmiller@sfmslaw.com
kleser@sfmslaw.com

*Counsel for Plaintiffs*

**LINDQUIST + VENNUM**

By: */s/ Bryan R. Freeman*
Bryan R. Freeman, Esq.
Admitted pro hac vice
James P. McCarthy, Esq.
Admitted pro hac vice
John C. Ekman, Esq.
Admitted pro hac vice
4200 IDS Center
80 S 8th Street
Minneapolis, MN 55402
E-mail: bfreeman@lindquist.com
E-mail: jmccarthy@lindquist.com
E-mail: jekman@lindquist.com

**SHIPMAN & GOODWIN LLP**
Andrew M. Zeitlin (ct21386)
Shipman & Goodwin LLP
300 Atlantic Street, Third Floor
Stamford, CT 06901-3522
Tel. (203) 324-8100
Fax (203) 324-8199
E-mail: azeitlingoodwin. Com

*Counsel for Defendant First Premier*

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2013, a copy of the foregoing Consent Motion for Extension of Time was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

By: */s/ Karen M. Leser-Grenon*
Karen M. Leser-Grenon (ct23587)
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
kleser@sfmslaw.com