UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER GRAHAM and ELLEN RUSSO, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BMO HARRIS BANK, N.A., FIRST INTERNATIONAL BANK & TRUST, FIRST PREMIER BANK, NATIONAL BANK OF CALIFORNIA, N.A., MISSOURI BANK AND TRUST, a Missouri State-Chartered Bank, and NORTH AMERICAN BANKING COMPANY, a Minnesota State-Chartered Bank,<br><br>Defendants. | CIVIL ACTION NO. 3:13-CV-01460-WWE<br><br><br><br><br><br>DATED: December 27, 2013 |

**CONSENT MOTION FOR EXTENSION OF TIME**

WHEREAS, Defendant BMO Harris Bank, N.A. filed the following four motions (collectively, the "BMO Harris Motions") on December 13, 2013, and pursuant to D. Conn. L.R. 7, the parties hereby move for an extension of time to brief these Motions:

(1)   BMO Harris Bank, N.A.'s Motion to Dismiss or Sever Pursuant to Fed. R. Civ. P. 21 [ECF 107];

1


(2) BMO Harris Bank, N.A.'s Motion to Transfer Pursuant to 28 U.S.C. § 1404(a) [ECF 109];

(3) BMO Harris Bank, N.A.'s Motion to Compel Arbitration and Stay Litigation [ECF 111]; and

(4) BMO Harris Bank, N.A.'s Rule 12(b)(6)-(7) and 19 Motion to Dismiss [ECF 114];

WHEREAS, the time for Plaintiffs Christopher Graham and Ellen Russo ("Plaintiffs") to respond to the BMO Harris Motions, which oppositions are currently due January 3, 2013, has not yet passed;

WHEREAS, Counsel for Plaintiffs have not previously requested an extension of the deadline to file their oppositions to the BMO Harris Motions;

WHEREAS, the parties have conferred and consented to the following adjustments of the briefing schedule for the BMO Harris Motions; and

WHEREAS, no party will be prejudiced by the requested extension, and this motion is not being interposed for the purposes of delay.

THE PARTIES HEREBY REQUEST AS FOLLOWS:

1. Plaintiffs' oppositions to BMO Harris Bank, N.A.'s Motion to Dismiss or Sever Pursuant to Fed. R. Civ. P. 21, its Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), its Motion to Compel Arbitration and Stay Litigation, and its Rule 12(b)(6)-(7) and 19 Motion to Dismiss shall be filed on or before January 15, 2014; and

2. BMO Harris Bank, N.A.'s replies in further support of its Motion to Dismiss or Sever Pursuant to Fed. R. Civ. P. 21, Motion to Transfer Pursuant to 28 U.S.C. § 1404(a), Motion to

Compel Arbitration and Stay Litigation, and Rule 12(b)(6)-(7) and 19 Motion to Dismiss shall be filed on or before February 5, 2014.

Respectfully submitted this 27th day of December, 2013.

Motion consented to by the following counsel:

        **CHITWOOD HARLEY HARNES LLP**
        Darren T. Kaplan, admitted *pro hac vice*
        Chitwood Harley Harnes LLP
        1350 Broadway, Suite 908
        New York, NY 10018
        Telephone: (917) 595-3600
        Facsimile: (404) 876-4476
        dkaplan@chitwoodlaw.com

        **SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**

By: */s/ Karen M. Leser-Grenon*
        James E. Miller (ct21560)
        Karen M. Leser-Grenon (ct23587)
        65 Main Street
        Chester, CT 06412
        Telephone: (860) 526-1100
        Facsimile: (860) 526-1120
        jmiller@sfmslaw.com
        kleser@sfmslaw.com

        *Counsel for Plaintiffs*

        **MAYER BROWN**

By: */s/A. John P. Mancini*
        A. John P. Mancini (No. ct04975)
        1675 Broadway
        New York, New York 10019-5820
        Telephone:  (212) 506-2295
        Facsimile:  (212) 262-1910
        jmancini@mayerbrown.com

Lucia Nale
Debra Bogo-Ernst
Admitted *pro hac vice*
71 South Wacker Drive
Chicago, IL 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
lnale@mayerbrown.com
dernst@mayerbrown.com

*Attorneys for Defendant BMO Harris Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2013, a copy of the foregoing Consent Motion for Extension of Time was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System

By: */s/ Karen M. Leser-Grenon*
Karen M. Leser-Grenon (ct23587)
Shepherd, Finkelman, Miller & Shah, LLP
65 Main Street
Chester, CT 06412
Telephone: (860) 526-1100
Facsimile: (860) 526-1120
kleser@sfmslaw.com