UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER GRAHAM, and ELLEN RUSSO, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BMO HARRIS BANK, N.A., NATIONAL BANK OF CALIFORNIA, N.A., FIRST INTERNATIONAL BANK & TRUST, a North Dakota State-Chartered Bank, FIRST PREMIER BANK, a South Dakota State-Chartered Bank, MISSOURI BANK AND TRUST, a Missouri-Chartered Bank, and NORTH AMERICAN BANKING COMPANY, a Minnesota State-Chartered Bank,<br><br>Defendants. | Case No. 3:13-cv-01460 (WWE)<br><br><br><br><br><br><br><br>January 10, 2014 |

### DEFENDANT NORTH AMERICAN BANKING COMPANY'S MOTION ON CONSENT FOR EXTENSION OF TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO COMPEL ARBITRATION

Defendant North American Banking Company ("NABC") respectfully moves for an additional seven days, up to and including January 29, 2014, to file a reply brief in support of its Motion to Compel Arbitration. In support of this motion, NABC states:

1. On December 18, 2013, NABC filed a Motion to Compel Arbitration, Doc. No. 128 ("Motion").

2. On January 8, 2014, Plaintiffs filed their Memorandum of Law in Opposition to NABC's Motion to Compel Arbitration, Doc. No. 145 ("Response").

3. NABC's current deadline for filing a reply brief in support of the Motion is January 22, 2014. *See* Local Rule 7(d).

3. The Motion and Response raise a number of legal issues. The requested extension will allow NABC sufficient time to prepare a well-consider reply brief for the Court's review, which will enhance judicial efficiency.

4. This is NABC's first request for an extension of time, and it will not prejudice Plaintiffs.

5. Plaintiffs have consented to this extension of time.

WHEREFORE, NABC respectfully requests that the Court grant it an additional seven days to file its reply in support of the Motion to Compel Arbitration.

**Respectfully Submitted,**

**DEFENDANT**
**NORTH AMERICAN BANKING COMPANY**

By:    /s/John M. Doroghazi

        Todd A. Noteboom (PHV #06394)
        Peter J. Schwingler (PHV #06395)
        STINSON LEONARD STREET
        150 South Fifth Street, Suite 2300
        Minneapolis, MN  55402
        (612) 335-1500
        (612) 335-1657 fax
        todd.noteboom@stinsonleonard.com
        peter.schwingler@stinsonleonard.com

        and

        Kim Rinehart (ct24427)
        John M. Doroghazi (ct28033)
        WIGGIN AND DANA LLP
        One Century Tower
        P.O. Box 1832
        New Haven, CT 06508-1832
        (203) 498-4400
        (203) 782-2889 fax
        krinehart@wiggin.com
        jdoroghazi@wiggin.com

        *Its Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2014 a copy of foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/John M. Doroghazi
John M. Doroghazi