UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER GRAHAM, and ELLEN RUSSO, on Behalf of Themselves and All Others Similarly Situated, | : : : : | |
| Plaintiffs, | : : | CASE NO. 3:13-cv-01460 (WWE) |
| v. | : : | |
| BMO HARRIS BANK, N.A., NATIONAL BANK OF CALIFORNIA, N.A., FIRST INTERNATIONAL BANK & TRUST, a North Dakota State-Chartered Bank, FIRST PREMIER BANK, a South Dakota State-Chartered Bank, MISSOURI BANK AND TRUST, a Missouri-Chartered Bank, and NORTH AMERICAN BANKING COMPANY, a Minnesota State-Chartered Bank, | : : : : : : : : : : | |
| Defendants. | : | |

### DEFENDANT MISSOURI BANK AND TRUST'S MOTION TO COMPEL ARBITRATION OF PLAINTIFF CHRISTOPHER GRAHAM'S CLAIMS

Defendant, Missouri Bank and Trust ("Missouri Bank"), by and through undersigned counsel, hereby moves this Court, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1-16, for an order compelling plaintiff Christopher Graham ("Graham") to arbitrate each of his claims against Missouri Bank in this action, staying this action pending arbitration, and granting such other, further and different relief as this Court deems just and proper, for the following reasons, as described in more detail in the Memorandum of Law submitted herewith:

1. Graham agreed to arbitrate all disputes arising from or relating to his loan agreements;

2. Graham waived his rights to serve as a representative, private attorney general or otherwise participate in a class action lawsuit relating to his loan agreements;

ORAL ARGUMENT REQUESTED

1137890.1

3. The Federal Arbitration Act governs Graham's loan agreements and mandates arbitration of Graham's claims;

4. Missouri Bank is entitled to invoke Graham's Arbitration Agreement relating to their loan agreements.

WHEREFORE, Missouri Bank respectfully requests the Court grant its Motion to Compel Arbitration of Christopher Graham's claims, stay this action pending arbitration and grant Missouri Bank such other and further relief as the Court deems just and proper.

Dated: January 13, 2014

Respectfully submitted by,

BRYAN CAVE LLP,

//s// Robert M. Thompson
Robert M. Thompson, *pro hac vice*
Ashley N. Gillard, *pro hac vice*
BRYAN CAVE LLP
1200 Main St., Suite 3800
Kansas City, MO 64105
rmthompson@bryancave.com
ashley.gillard@bryancave.com
(816) 374-3200
(816) 374-3300 (fax)

Michael P. Carey
BRYAN CAVE LLP
One Atlantic Center, Fourteenth Floor
1021 W. Peachtree St., N.W.
Atlanta, GA 30309
404 572 6600
404 572 6999 (fax)
michael.carey@bryancave.com

ORAL ARGUMENT REQUESTED

        Christine B. Cesare, Ct Bar No. 412295
        1290 Avenue of The Americas
        New York, NY   10104-3300
        (212) 541-1228
        (212) 904-0506 (fax)
        cbcesare@bryancave.com

        ATTORNEYS FOR DEFENDANT
        MISSOURI BANK AND TRUST

        ORAL ARGUMENT REQUESTED

4

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 13, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      //s// Robert M. Thompson
Robert M. Thompson, *pro hac vice*
rmthompson@bryancave.com