UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER GRAHAM, and ELLEN RUSSO, on Behalf of Themselves and All Others Similarly Situated, | : : : : | |
| Plaintiffs, | : : | CASE NO. 3:13-cv-01460 (WWE) |
| v. | : : | |
| BMO HARRIS BANK, N.A., NATIONAL BANK OF CALIFORNIA, N.A., FIRST INTERNATIONAL BANK & TRUST, a North Dakota State-Chartered Bank, FIRST PREMIER BANK, a South Dakota State-Chartered Bank, MISSOURI BANK AND TRUST, a Missouri-Chartered Bank, and NORTH AMERICAN BANKING COMPANY, a Minnesota State-Chartered Bank, | : : : : : : : : : : | |
| Defendants. | : | |

**DEFENDANT MISSOURI BANK AND TRUST'S MOTION
TO DISMISS FOR FAILURE TO ADD AN INDISPENSABLE PARTY AND
FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Defendant, Missouri Bank and Trust ("Missouri Bank"), by and through undersigned counsel, hereby moves this Court, pursuant to Rules 12(b)(6)-(7) and 19 of the Federal Rules of Civil Procedure, for an Order dismissing Plaintiffs' Complaint in its entirety and with prejudice, and for such further relief as the Court may deem to be just and proper, for the following reasons, as described in more detail in the Memorandum of Law submitted herewith:

1. Plaintiffs have failed to join an indispensable party;

2. Plaintiffs fail to state a plausible federal or state law claim.

ORAL ARGUMENT REQUESTED

WHEREFORE, Missouri Bank respectfully requests the Court dismiss all claims in Plaintiffs' Complaint and grant Missouri Bank such other and further relief as the Court deems just and proper.

Dated:  January 13, 2014

                Respectfully submitted by,

                BRYAN CAVE LLP,

                //s// Robert M. Thompson
                Robert M. Thompson, *pro hac vice*
                Ashley N. Gillard, *pro hac vice*
                BRYAN CAVE LLP
                1200 Main St., Suite 3800
                Kansas City, MO 64105
                rmthompson@bryancave.com
                ashley.gillard@bryancave.com
                (816) 374-3200
                (816) 374-3300 (fax)

                Michael P. Carey
                BRYAN CAVE LLP
                One Atlantic Center, Fourteenth Floor
                1021 W. Peachtree St., N.W.
                Atlanta, GA 30309
                404 572 6600
                404 572 6999 (fax)
                michael.carey@bryancave.com

                Christine B. Cesare, Ct Bar No. 412295
                1290 Avenue of The Americas
                New York, NY   10104-3300
                (212) 541-1228
                (212) 904-0506 (fax)
                cbcesare@bryancave.com

                ATTORNEYS FOR DEFENDANT
                MISSOURI BANK AND TRUST

                ORAL ARGUMENT REQUESTED

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        //s// Robert M. Thompson
        Robert M. Thompson, *pro hac vice*
        rmthompson@bryancave.com