## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER GRAHAM, and ELLEN RUSSO, on Behalf of Themselves and All Others Similarly Situated, | : : : | |
| Plaintiffs, | : : : | CASE NO. 3:13-cv-01460 (WWE) |
| v. | : : | |
| BMO HARRIS BANK, N.A., NATIONAL BANK OF CALIFORNIA, N.A., FIRST INTERNATIONAL BANK & TRUST, a North Dakota State-Chartered Bank, FIRST PREMIER BANK, a South Dakota State-Chartered Bank, MISSOURI BANK AND TRUST, a Missouri-Chartered Bank, and NORTH AMERICAN BANKING COMPANY, a Minnesota State-Chartered Bank, | : : : : : : : : : : | |
| Defendants. | : | January 17, 2014 |

### NOTICE OF CHANGE OF FIRM AFFILIATION

PLEASE TAKE NOTICE that Counsel associated with Leonard, Street and Deinard Professional Association, who have appeared in this matter for Defendant North American Banking Company, hereby provide notice that, effective January 1, 2014, as a result of a combination of the firms Leonard, Street and Deinard Professional Association and Stinson Morrison Hecker LLP, the firm with which they are now associated is Stinson Leonard Street LLP. Counsel will have the same address and telephone numbers as before and the new email addresses indicated below.

Todd A. Noteboom, *todd.noteboom@stinsonleonard.com*

Peter J. Schwingler, *peter.schwingler@stinsonleonard.com*

/s/ Peter J. Schwingler
Todd A. Noteboom (PHV #06394)
Peter J. Schwingler (PHV #06395)
STINSON LEONARD STREET LLP
150 South Fifth Street, Suite 2300
Minneapolis, MN  55402
(612) 335-1500
(612) 335-1657 fax
todd.noteboom@stinsonleonard.com
peter.schwingler@stinsonleonard.com

and

Kim Rinehart (ct24427)
John M. Doroghazi (ct28033)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
(203) 498-4400
(203) 782-2889 fax
krinehart@wiggin.com
jdoroghazi@wiggin.com

*Counsel for Defendant North American Banking Company*

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 17th day of January, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                                    /s/ Peter J. Schwingler
                                                  Peter J. Schwingler