# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

PETER JOSEPH SCHWINGLER

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

October 31, 2008

Given under my hand and seal of this court on

October 23, 2013

Margaret Fuller Corneille
Office of Lawyer Registration



## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Peter J. Schwingler
Peter J. Schwingler