UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER GRAHAM, and ELLEN RUSSO on Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　　　　vs.<br><br>BMO HARRIS BANK, N.A., NATIONAL BANK OF CALIFORNIA, N.A., FIRST INTERNATIONAL BANK & TRUST, a North Dakota State-Chartered Bank, FIRST PREMIER BANK, a South Dakota State-Chartered Bank, MISSOURI BANK AND TRUST, a Missouri State-Chartered Bank, and NORTH AMERICAN BANKING COMPANY, a Minnesota State-Chartered Bank,<br><br>　　　　Defendants. | No. 3:13-cv-01460<br><br>JUDGE WARREN W. EGINTON<br><br>DATED: August 5, 2014 |

### DEFENDANT NATIONAL BANK OF CALIFORNIA'S MEMORANDUM IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE WHY THE CLAIMS AGAINST IT SHOULD NOT PROCEED TO ARBITRATION

Defendant National Bank of California ("NBCal") respectfully submits this memorandum in response to the Court's recent order to show cause why the Court should not compel the claims against it to proceed to arbitration, along with the claims asserted against the other Originating Depository Financial Institutions ("ODFIs") in this case.  (Dkt. No. 200.) NBCal does not oppose arbitrating the claims asserted against it in light of the Court's recent order granting the other defendant banks' motions to compel arbitration.

According to the Complaint, NBCal served as an ODFI with respect to three loans from Spot-On Loans to Plaintiff Christopher Graham.  (Compl. ¶¶ 78-83.)  Each of these three loan agreements had an arbitration provision providing, in boldface:

> **You and we agree that any and all claims, disputes or controversies between you and us, any claim by either of us against the other (or the employees, officers, directors, agents, servicers or assigns of the other) and any claim arising from our relating to your application for this loan, regarding this loan or any other loan you previously or may later obtain from us, this Note, this agreement to arbitrate all disputes, your agreement not to bring, join or participate in class actions, regarding collection of the loan . . . shall be resolved by binding individual (and not joint) arbitration by and under the Code of Procedure of the National Arbitration Forum ("NAF") in effect at the time the claim is filed.  No class arbitration.  All disputes including any Representative Claims against us and/or related third parties shall be resolved by binding arbitration only on an individual basis with you. THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN THE ARBITRATION.**

(*See* Graham Loan Note and Disclosures, attached as Exhs. A-C to Decl. of Michael Matthews.) This arbitration clause mirrors the ones identified in the Court's recent order, which were found to confer "the benefit of . . . arbitration" on ODFI defendants such as NBCal.  (Order at 12.)

NBCal chose to file a dispositive motion to dismiss rather than a motion to compel arbitration based on its view that the claims asserted against it are facially invalid and that a motion to dismiss would dispose of them most efficiently.  However, because the Court has granted the other defendant banks' motions to compel, NBCal recognizes that judicial economy would be promoted if the claims asserted against NBCal proceed to arbitration as well.

Because NBCal is in the same situation as the other bank defendants, NBCal respectfully consents to arbitrating the claims asserted against it.

*Of Counsel:*

Anand S. Raman
John H. Beisner
Jessica D. Miller
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 371-7000  Fax: (202) 393-5760
e-mail: Anand.Raman@skadden.com
　　　　John.Beisner@skadden.com,
　　　　Jessica.Miller@skadden.com

John F. Friedemann
Kyle M. Fisher
FRIEDEMANN GOLDBERG LLP
420 Aviation Boulevard, Suite 201
Santa Rosa, CA 95403
Tel: (707) 543-4900  Fax: (707) 543-4910
e-mail:  jfriedemann@frigolaw.com,
　　　　kfisher@frigolaw.com

Respectfully submitted,

By: /s/ Maura Barry Grinalds
　　Maura Barry Grinalds (ct27699)
　　Skadden, Arps, Slate, Meagher & Flom LLP
　　4 Times Square
　　New York, New York 10036
　　Tel: (212) 735-3000
　　Fax: (212) 735-2000
　　e-mail: MauraBarry.Grinalds@skadden.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 5, 2014, a copy of the foregoing documents were filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: /s/ Maura Barry Grinalds  
Maura Barry Grinalds (ct27699)  
Skadden, Arps, Slate, Meagher & Flom LLP  
4 Times Square  
New York, New York 10036  
Tel: (212) 735-3000  
Fax: (212) 735-2000  
e-mail: MauraBarry.Grinalds@skadden.com