UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER GRAHAM, and ELLEN RUSSO, on Behalf of Themselves and All Others Similarly Situated, : : : : : | |
| Plaintiffs, : | CASE NO. 3:13-cv-1460 (WWE) |
| v. : : | |
| BMO HARRIS BANK, N.A., NATIONAL BANK OF CALIFORNIA, N.A., FIRST INTERNATIONAL BANK & TRUST, a North Dakota State-Chartered Bank, FIRST PREMIER BANK, a South Dakota State-Chartered Bank, MISSOURI BANK AND TRUST, a Missouri State-Chartered Bank, and NORTH AMERICAN BANKING COMPANY, a Minnesota State-Chartered Bank, : : : : : : : : : : | |
| Defendants. : | AUGUST 7, 2014 |

MOTION FOR WITHDRAWAL
OF APPEARANCE OF ALISON P. BAKER

Pursuant to Rule 7(e) of the Local Civil Rules of the United States District Court for the District of Connecticut, the undersigned, a counsel of record for defendant First PREMIER Bank, respectfully moves the Court for an Order granting the withdrawal of her Appearance in this matter.

3607284v1

There is good cause for the Court to grant this motion. The undersigned counsel will be leaving Shipman & Goodwin LLP effective August 8, 2014. First PREMIER Bank continues to be represented by Attorney Andrew M. Zeitlin of Shipman & Goodwin LLP who has previously filed his appearance in this case.

Accordingly, for all of the reasons stated herein, the undersigned counsel respectfully requests that her Motion for Withdrawal of Appearance be granted.

Dated at Stamford, Connecticut this 7th day of August 2014.

                **RESPECTFULLY SUBMITTED,**

                **DEFENDANT,**
                **FIRST PREMIER BANK**

                By: /s/ Alison P. Baker
                    Alison P. Baker (ct28136)
                    Shipman & Goodwin LLP
                    300 Atlantic Street, Third Floor
                    Stamford, CT  06901-3522
                    Tel. (203) 324-8100
                    Fax (203) 324-8199
                    E-mail: abaker@goodwin.com
                    Its Attorneys

CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2014 a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Alison P. Baker
Alison P. Baker (ct28136)