UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER GRAHAM and ELLEN RUSSO, on behalf of themselves and others similarly situated,<br>    Plaintiffs,<br>v.<br><br>BMO HARRIS BANK, N.A., NATIONAL BANK OF CALIFORNIA, N.A., FIRST INTERNATIONAL BANK & TRUST, FIRST PREMIER BANK, MISSOURI BANK AND TRUST, and NORTH AMERICAN BANKING COMPANY,<br>    Defendants. | 3:13cv1460 (WWE) |

## ORDER

This Court has granted the motions to compel arbitration filed by defendants First International Bank, BMO, First Premier Bank, National Banking and Trust, and Missouri Bank and Trust. National Bank of California represented the only defendant that had not filed a motion to compel arbitration. National Bank of California has now filed a memoranda stating that it has no objection to proceeding to arbitration with the other defendants.

Where the asserted claims are referable to arbitration, the district court has discretion to stay or dismiss the action. Salim Oleochemicals v. M/V Shropshire, 278 F.3d 90, 92-93 (2d Cir. 2002). Some courts have elected to dismiss when all of the claims are to be referred to arbitration. Mahant v. Lehman Bros., 2000 WL 1738399, *3 (S.D.N.Y.). A stay is an unappealable interlocutory order while a dismissal is subject to appeal, which could delay the arbitration. Salim Oleochemicals, 278 F.3d at 93.

1

Accordingly, the Court compels the parties to proceed to arbitration and dismisses this matter without prejudice because all claims should be resolved by the arbitrator.

Dated this _20th__ day of August, 2014 at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton
Senior U.S. District Judge